50 A.3d 604

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, Petitioner**

**v.**

**Kenneth John MacFADYEN, Respondent.**

**Misc. Docket AG No. 13, Sept. Term, 2012.**

Court of Appeals of Maryland.

Aug. 20, 2012.

## *ORDER*

This Court having considered the Joint Petition for Reprimand by Consent filed herein pursuant to Maryland Rule 16–772, it is this 20th day of August, 2012,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that Kenneth John MacFadyen, Respondent, is hereby reprimanded for professional misconduct in violation of Rules 5.1(a), 5.3(a) and 8.4(a) & (d) of the Maryland Lawyers' Rules of Professional Conduct.